

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2021

No. 04-20-00355-CV

Forrest M. **MIMS**, Minnie Mims, Ray Reininger, Deborah Reininger, Glenn Thompson, Annette Thompson, Blake C. Brock, and Annette Dannelly-Silva,
Appellants

v.

**CITY OF SEGUIN, TEXAS**,
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1304-CV-B
Honorable Gary L. Steel, Judge Presiding

# O R D E R

Appellants' reply brief is due on February 16, 2021. *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellants filed an unopposed motion for an extension of time to file the reply brief.

Appellants' motion is GRANTED. Appellants' reply brief is due on March 3, 2021. *See id.* R. 38.6(d).

It is so **ORDERED** on February 10, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT